24-cv-6319

**DEARCY HALL, J.**
**BLOOM, M.J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Brian
Shawn
Russell

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

Court 360 Jay St
@ 79th precent

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)*

**Complaint for Violation of Civil
Rights**
(Non-Prisoner Complaint)

Case No. 71317 - 22

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☑ No
*(check one)*

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting
from public access to electronic court files. Under this rule, papers filed with the court should
*not* contain: an individual's full social security number or full birth date; the full name of a
person known to be a minor; or a complete financial account number. A filing may include
*only*: the last four digits of a social security number; the year of an individual's birth; a
minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other
materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an
application to proceed in *forma pauperis*.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name — Brian Russell
Street Address — 1335 mcbride st
City and County — Farrockaway Queens
State and Zip Code — 11691    NYC
Telephone Number — Ctd 929-668-9619
E-mail Address — Rdot 5031@gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name — 79th Precent
Job or Title (if known) — Police
Street Address —
City and County —
State and Zip Code —
Telephone Number —
E-mail Address (if known) —

2

Defendant No. 2

    Name                      _____

    Job or Title             _____
    (if known)

    Street Address        _____

    City and County      _____

    State and Zip Code   _____

    Telephone Number   _____

    E-mail Address       _____
    (if known)


Defendant No. 3

    Name                      _____

    Job or Title             _____
    (if known)

    Street Address        _____

    City and County      _____

    State and Zip Code   _____

    Telephone Number   _____

    E-mail Address       _____
    (if known)


Defendant No. 4

    Name                      _____

    Job or Title             _____
    (if known)

    Street Address        _____

    City and County      _____

    State and Zip Code   _____

    Telephone Number   _____

    E-mail Address       _____
    (if known)

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑    State or local officials (a § 1983 claim)

☐    Federal officials (a *Bivens* claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Yes

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."  42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

I was arrested for something I didnt do and stayed a week on rikers then my case was dismissed

4

III.    **Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

event happen in Brooklyn NYC

B.    What date and approximate time did the events giving rise to your claim(s) occur?

09/09/21 arrest date
04/15/22 arraignment date

C.    What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

I was walk to the Park car pulled up creeping I ran people hoped out wants I realized it was the cops I stoped runing and got arrested they said they was looking for me for questioning

5

IV.    **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N/A

V.    **Relief**

State briefly what you want the court to do for you.   Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Im look For any where near $50,000 $30,000

VI.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

**A.**     **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/06, 2024

Signature of Plaintiff _____

Printed Name of Plaintiff _Brian Russell_____

7

Certificate #: 3560040893-6



# KINGS SUPREME CRIMINAL COURT

320 Jay Street, Brooklyn, NY 11201

Court ORI: NY023015J

| The People of the State of New York | **Certificate of Disposition** | |
|---|---|---|
| vs. | Docket Number: | **IND-71317-22/001** |
| **Brian Russell** | | |
| | CJTN: | 69734165N |
| | NYSID: | 15336089Z |

| Defendant DOB: **11/24/2001** | Arrest Date: **09/09/2021** | Arraignment Date: **04/15/2022** |
|---|---|---|

THIS IS TO CERTIFY that the undersigned has examined the files of the **Kings Supreme Criminal Court** concerning the above entitled matter and finds the following:

| Count # | Charge | Charge Weight | Disposition | Disposition Date |
|---|---|---|---|---|
| 1 | PL 265.03 03 CF CPW-2nd: Loaded Firearm **SEALED 160.50** | CF | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 07/06/2022 |
| 2 | PL 265.01-B 01 EF Criminal Possession Firearm **SEALED 160.50** | EF | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 07/06/2022 |
| 3 | AC 10-131 I3 UM Possession of Pistol Ammunition **SEALED 160.50** | UM | Dismissed (Motion to Dismiss Granted, Sealed 160.50) | 07/06/2022 |

Charge Weight Key: I=Infraction; V=Violation; AM, BM=Class Misdemeanor; UM=Unclassified Misdemeanor; AF, BF, CF, DF, EF=Class Felony

Dated: **September 6, 2024**

*Nancy T. Sunshine*

Chief Clerk/Clerk of the Court

## CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL

All marijuana convictions under PL 221.05, PL 221.10, PL 221.15, PL 221.20, PL 221.35 or PL 221.40 —including any appearing on this certificate of disposition— are vacated, dismissed, sealed, and expunged. It is an unlawful discriminatory practice for any entity to make any inquiry about such an expunged conviction or to use such an expunged conviction adversely against an individual in any form of application or otherwise—unless specifically required or permitted to do so by statute. It shall be an unlawful discriminatory practice, unless specifically required or permitted by statute, for any person, agency, bureau, corporation or association, including the state an_ _ political subdivision thereof, to make any inquiry about, whether in any form of application or otherwise, or to act upon adversely to the individual involved. _ _rrest or criminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or proceedi_ _favor of such individual, as defined in subdivision two of section 160.50 of the criminal procedure law, or by an order adjourning the criminal action in contemp_ _ of dismissal, pursuant to section 170.55, 170.56, 210.46, 210.47, or 215.10 of the criminal procedure law, or by a youthful offender adjudication, as defined _ _sion one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law o_ _ction which is sealed pursuant to section 160.59 or 160.58 of the criminal procedure law, in connection with the licensing, housing, employment, includ_ _er positions, or providing of credit or insurance to such individual; provided, further, that no person shall be required to divulge information pertaining to any _ _riminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or procee_ _vor of such individual, as defined in subdivision two of section 160.50 of the criminal procedure law, or by an order adjourning the criminal action in conten_ _ of dismissal, pursuant to section 170.55 or 170.56, 210.46, 210.47 or 215.10 of the criminal procedure law, or by a youthful offender adjudication, as defined _ _bdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law, or _ _conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law. An individual required or requested to provide information in viol_ _ of this subdivision may respond as if the arrest, criminal accusation, or disposition of such arrest or criminal accusation did not occur. The provisions of this subdiv_ _n shall not apply to the licensing activities of governmental bodies in relation to the regulation of guns, firearms and other deadly weapons or in relation to an appli_ _n for employment as a police officer or peace officer as those terms are defined in subdivisions thirty-three and thirty-four of section 1.20 of the criminal pro_ _ _re law; provided further that the provisions of this subdivision shall not apply to an application for employment or membership in any law enforcement agency wit_ _espect to any arrest or criminal accusation which was followed by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal pr_ _edure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law, or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law. For purposes of this subdivision, an action which has been adjourned in contemplation of dismissal, pursuant to section 170.55 or 170.56, 210.46, 210.47 or 215.10 of the criminal procedure law, shall not be considered a pending action, unless the order to adjourn in contemplation of dismissal is revoked and the case is restored to the calendar for further prosecution. [Executive Law 296(16)]

Charges may not be the same as the original arrest charges.

CPL 160.50:        All official records (excluding published court decisions or opinions or records _ _ _ _ _ _gate _ _ _ _ _ _ or prosecution on file with the Division of Criminal Justice Services, any court, police agency or prosecutor's office sha_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ny _ _ _ _ _ or pub_ _ _ _ _ _ _agency.

**SEALED**

NO PUBLIC RECORD
_ _ _ _ _ _NT TO SECTION 160.50 C_