UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRIAN RUSSELL,

                Plaintiff,

   -against-

CITY OF NEW YORK,

                Defendant.
-----------------------------------------------------------------X

**ORDER**
24 CV 6319 (LDH)(LB)

**BLOOM, United States Magistrate Judge:**

       Corporation Counsel requests an extension of time to respond to the Court's October 2, 2024 Valentin order. ECF No. 8. Corporation Counsel states that it was "unable to establish contact" with *pro se* plaintiff regarding this request. Corporation Counsel also states, without explanation, that it did not receive the order until October 24, 2024. The request is granted, as first requests for an extension are generally granted as a courtesy. Corporation Counsel shall respond to the Court's Valentin order at ECF No. 4 by December 18, 2024. Plaintiff shall promptly execute and return the § 160.50 release that Corporation Counsel sent to him on November 12, 2024.

SO ORDERED.

                                                          /S/
                                         LOIS BLOOM
                                         United States Magistrate Judge

Dated: November 14, 2024
         Brooklyn, New York