UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BRIAN RUSSELL,

                Plaintiff,

  -against-

CITY OF NEW YORK,

                Defendant.
----------------------------------------------------------------X

**ORDER**
**24 CV 6319 (LDH)(LB)**

**BLOOM, United States Magistrate Judge:**

      On October 2, 2024, this Court ordered Corporation Counsel to provide the full names and current service addresses of the John Doe officers involved in the incident alleged in *pro se* plaintiff's complaint pursuant to <u>Valentin v. Dinkins</u>, 121 F.3d 72 (2d Cir. 1997). ECF No. 4. When the Court granted Corporation Counsel's request for an extension of time to respond to the <u>Valentin</u> Order, the Court also directed plaintiff to "promptly execute and return the § 160.50 release that Corporation Counsel sent to him on November 12, 2024." ECF No. 9. Corporation Counsel now states that *pro se* plaintiff has not executed a § 160.50 release. ECF No. 13. Corporation Counsel requests that the Court issue an order compelling plaintiff to execute a § 160.50 release. Without an executed § 160.50 release, Corporation Counsel "cannot access the sealed arrest records necessary to identify the officers involved in the September 9, 2021 incident" alleged in plaintiff's complaint. ECF No. 13-1, ¶ 5.

      The Court shall hold the initial conference in this case on January 16, 2025 at 4:30 p.m. in Courtroom 11A South of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York.[1] No Rule 26(a)(1) initial disclosures nor 26(f) Meeting Report shall be due at this time. Corporation Counsel shall bring a § 160.50 release to the conference. Parties are advised that they

---

[1] The City of New York's deadline to respond to plaintiff's complaint is January 3, 2025. ECF Order dated November 20, 2024.

1

must contact each other before making any request for an adjournment to the Court. Any request for an adjournment must be electronically filed with the Court at least seventy-two (72) hours before the scheduled conference.

The Court denies Corporation Counsel's motion to compel without prejudice. The deadline to respond to the Court's <u>Valentin</u> Order is stayed pending the conference. If plaintiff returns an executed § 160.50 release before the conference, Corporation Counsel shall promptly file a status letter to inform the Court.

SO ORDERED.

                                                        /S/
                                        LOIS BLOOM
                                        United States Magistrate Judge

Dated: December 13, 2024
       Brooklyn, New York