UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BRIAN RUSSELL,

              Plaintiff,

  -against-

CITY OF NEW YORK,

              Defendant.
----------------------------------------------------------------X

**ORDER**
24 CV 6319 (LDH)(LB)

**BLOOM, United States Magistrate Judge:**

      The Court held an initial conference in *pro se*[1] plaintiff's civil rights action on January 16, 2025. Plaintiff appeared *pro se*. Joseph Zangrilli appeared on behalf of City of New York and Jack McLaughlin appeared under the supervision of Joseph Zangrilli.

      Immediately before the conference, plaintiff executed the § 160.50 releases defendant requested. Defendant shall respond to the Court's Valentin Order by February 27, 2025. The Court shall hold a status conference in this matter on February 27, 2025 at 10:00 a.m. in Courtroom 11A South of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. The parties are encouraged to discuss settlement.

SO ORDERED.

                                                                          /S/
                                                 LOIS BLOOM
                                                 United States Magistrate Judge

Dated: January 16, 2025
       Brooklyn, New York

---

[1] The Clerk of Court is respectfully directed to mail *pro se* plaintiff a courtesy copy of the *Pro Se* Handbook.

 Plaintiff is advised that he may contact the City Bar Justice Center Federal Pro Se Legal Assistance Project at 212-382-4729 for limited legal assistance. He may also contact the Court's Pro Se Office for information regarding Court procedures by calling 718-613-2665.