UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BRIAN RUSSELL,

                    Plaintiff,

   -against-

CITY OF NEW YORK,

                    Defendant.
----------------------------------------------------------------X

**ORDER**
**24 CV 6319 (LDH)(LB)**

**BLOOM, United States Magistrate Judge:**

      The Court held a status conference in *pro se* plaintiff's civil rights action on April 15, 2025. Plaintiff appeared *pro se*. Assistant Corporation Counsels Joseph Zangrilli and Jack McLoughlin[1] appeared on behalf of the City of New York.

      Plaintiff contacted potential *pro bono* counsel and has a meeting with him on April 17, 2025. The Court shall hold a telephone conference in this matter on April 29, 2025 at 9:30 a.m. The parties shall call the Chambers telephone conference line at 571-353-2301 and use the Meeting ID 487699719 promptly at 9:30 a.m. on April 29, 2025. The parties must contact each other before requesting an adjournment. Any request for an adjournment must be made in writing and received by the Court at least 72 hours before the scheduled conference. The parties are encouraged to discuss settlement.

SO ORDERED.

                                                    /S/
                                          LOIS BLOOM
                                          United States Magistrate Judge

Dated: April 2, 2025
         Brooklyn, New York

---

[1] If Mr. McLoughlin is now admitted, he shall file a Notice of Appearance in this matter.